UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTURO BARRIENTOS,<br><br>                 Petitioner,<br><br>   v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>                 Respondent. | NO. C15-982-RSL<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation.

2. Respondent's motion to dismiss, Dkt. 10, is GRANTED.

3. Petitioner's habeas petition, Dkt. 7, is DENIED, and this action is DISMISSED with prejudice.

4. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 28th day of October, 2015.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1